E-FILED; Anne Arundel Circuit Court
Docket: 4/22/2024 10:21 AM; Submission: 4/22/2024 10:21 AM
Envelope: 16168741

An official website of the United States Government

Ex. 4 to Houck Complaint

Consumer Financial Protection Bureau (https://www.consumerfinance.gov/)

Start a new complaint

‹ All complaints (.)

# 231114-12506457

**CLOSED**

## Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 11/14/2023 | Mortgage | Trouble during payment process |

### We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

We were forced into financially disparate conditions last fall. We knew we were moving from Maryland back to our home in California. We chose to place the Maryland home in forbearance, because we were going to sell in the spring of 2023. The market conditions are difficult to sell, and our real estate agent recommended possibly doing a VA assumption, since our loan interest rate was only 3.5%. Called the VA to ensure a loan in forbearance could be assumed, VA gave us confirmation that we could. Called the lender, NewRez / Shellpoint, and they confirmed that we could do an assumption while in forbearance. When we applied for the opening of the we received an email from the lender that the loan was approved to move forward as an assumption. We have gone under contract with a buyer, but the assumption process has been difficult and has caused significant difficulty in our transaction. Due to the friction with this transaction, the buyer has now notified us that the may file suit against us. I need help getting this rigid process back on track.

Hide full complaint

## What product or service is your complaint about?

**PRODUCT OR SERVICE**
Mortgage

**TYPE**
VA mortgage

## What type of problem are you having?

**ISSUE**
Trouble during payment process

**TYPE OF ISSUE**
Trying to communicate with the company to fix an issue while managing or servicing your loan

**MISSED PAYMENTS?**
Yes

**IS THERE A DATE OF FORECLOSURE?**
No

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**
Yes

**DID YOU REQUEST INFORMATION FROM THE COMPANY?**
No

## What happened?

We were forced into financially disparate conditions last fall. We knew we were moving from Maryland back to our home in California. We chose to place the Maryland home in forbearance, because we were going to sell in the spring of 2023. The market conditions are difficult to sell, and our real estate agent recommended possibly doing a VA assumption, since our loan interest rate was only 3.5%. Called the VA to ensure a loan in forbearance could be assumed, VA gave us confirmation that we could. Called the lender, NewRez / Shellpoint, and they confirmed that we could do an assumption while in forbearance. When we applied for the opening of the we received an email from the lender that the loan was approved to move forward as an assumption. We have gone under contract with a buyer, but the assumption process has been difficult and has caused significant difficulty in our transaction. Due to the friction with this transaction, the buyer has now notified us that the may file suit against us. I need help getting this rigid process back on track.

☑ **I WANT THE CFPB TO PUBLISH THIS DESCRIPTION ON CONSUMERFINANCE.GOV SO THAT OTHERS CAN LEARN FROM MY EXPERIENCE.**

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. Learn how it works. I consent to publishing this description after the CFPB has taken these steps.

### What would be a fair resolution to this issue?

Coordination with NewRez/Shellpoint to get the assumption back into processing. Allowing all parties to get to the settlement table and all parties being fully funded and successful.

## What company is this complaint about?

**COMPANY INFORMATION**

SHELLPOINT MORTGAGE SERVICING

**LOAN NUMBER**

••••••••••

## What people are involved?

**YOUR CONTACT INFORMATION**

William Houck

[redacted]

15212 Mesa Estates Ct Ramona,
California 92065 United States

**MORTGAGE ADDRESS SAME AS MAILING ADDRESS**

No

**MORTGAGE ADDRESS**

1071 Westfield Dr
Prince Frederick, Maryland 20678
United States

**YOUR PREFERRED LANGUAGE**

English

**YOUR DEMOGRAPHIC INFORMATION**

**AGE**

43

**SEX**

Male

**HISPANIC, LATINO, OR SPANISH ORIGIN**

No

**RACE**

White

**HOUSEHOLD SIZE INCLUDING TOTAL NUMBER OF ADULTS AND CHILDREN**

4

**COMBINED ANNUAL HOUSEHOLD INCOME**

$150,000 $199,999

**SERVICE DETAILS**

Branch: United States Marine Corps
Status: Active
Rank: O4 O6
Military base / location: Marine Corps Air Station Miramar

## Sent to company

**STATUS**

Sent to company on 11/14/2023

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company responded

| STATUS | RESPONSE TYPE |
| --- | --- |
| Company responded on 11/29/2023 | Closed with explanation |

### Company's Response

Please find enclosed a copy of the response provided to our borrower.

**ATTACHMENTS**

0672266095-Houck.pdf (344.3 KB)

## Feedback requested

| STATUS | FEEDBACK DUE |
| --- | --- |
| Feedback requested on 11/29/2023 | 1/28/2024 |

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

## Closed

The CFPB has closed your complaint.

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411 2372

TTY/TTD: (855) 729 2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy data oversight/pay leave/federal holidays/#url  Overview)

More than 180 languages available.

An official website of the United States Government