E-FILED; Anne Arundel Circuit Court
Docket: 4/22/2024 10:21 AM; Submission: 4/22/2024 10:21 AM
Envelope: 16168741

Gmail

Reid Houck <wrhouck@gmail.com>

Ex. 5 to Houck Complaint

# 1071 Westfield settlement

3 messages

**Reid Houck** [redacted] Fri, Nov 17, 2023 at 5:50 AM
To: tzaddi.hunter@shellpointmtg.com
Cc: [redacted]

Tzaddi,

Good morning, contacting to see if you have received any details from the VA. Can we proceed with the assumption in accordance with the lender's handbook?

Also, we desire to make a payment at first opportunity. The buyers have been occupying the property and are due to pay. Can we get this resolved?

How is the best way for the buyers to make the mortgage payment?
- Can they call into customer service and pay directly as a third party?
- Would it be preferable that they pay via a mortgage coupon? If so, can you send me a digital version to share with the buyer?
- Would you prefer that we make the payment directly, and if so, would we get a confirmation of payment?

One of my biggest concerns are the payments due between the end of forbearance (10/31/2023) and the settlement of the assumption/purchase. If the payment cannot be made, how do we prevent a full-scale default? Can the forbearance be extended beyond 10/31/2023 in order to get this to the settlement table?

Thanks,
Reid

Sent from my iPhone

**Tzaddi Hunter** <tzaddi.hunter@shellpointmtg.com> Fri, Nov 17, 2023 at 6:34 AM
To: Reid Houck [redacted]
Cc: Todd Heise [redacted]

Good morning - I was able to confirm that we cannot approve an assumption without a loan modification.

You can review for an assumption without a modification if you bring the loan current with a full reinstatement. Your assigned point of contact will reach out to determine if your forbearance can be extended but if the buyers want to keep the loan from falling further into default then I would suggest paying the full past due balance as they cannot just make 1 payment.

-----Original Message-----
From: Reid Houck [redacted]
Sent: Friday, November 17, 2023 7:51 AM
To: Tzaddi Hunter <tzaddi.hunter@shellpointmtg.com>
Cc: Todd Heise [redacted]
[redacted] [EXTERNAL] 1071 Westfield settlement

External Email. Please use caution before clicking on links or opening attachments.
[Quoted te t hidden]

**Reid Houck** [redacted] Fri, Nov 17, 2023 at 7:38 AM
To: Tzaddi Hunter <tzaddi.hunter@shellpointmtg.com>
Cc: Todd Heise [redacted]

Tzaddi,

Was this confirmed with the VA?

Thanks,
Reid

Sent from my iPhone

> On Nov 17, 2023, at 6:34 AM, Tzaddi Hunter <tzaddi.hunter@shellpointmtg.com> wrote:
>
> Good morning - I was able to confirm that we cannot approve an assumption without a loan modification.
[Quoted te t hidden]