# EXHIBIT 1

Calvert County Circuit Crt
IMP FD SURE         $40.00
RECORDING FEE       $20.00
TR TAX STATE     $4,125.00

REC TAX COUNTY   $8,250.00
TOTAL           $12,435.00
KPS   RMW
Jul 02, 2024        03:37 pm

Return to after recording:
ATG Title, Inc.
11320 Random Hills Road, Suite 120
Fairfax, VA 22030
File# 1-24-38686
Grantee Address: 2020 Beaver Road, Landover, MD 20785
Tax id# 02-071223
Consideration $825,000.00
Property Address: 1071 Westfield Drive, Prince Frederick, MD 20678

# DEED

THIS DEED made on  26 June , 2024 by and between

**William Reid Houck and Vanessa Sandra Houck**,
parties of the first part, and
**BPC Realty Management, LLC,**
party of the second part:

WITNESSETH that in consideration of **$825,000.00,**
the parties of the first part do hereby grant unto the party of the second part, in fee simple, all of that land, together with the improvements, rights, privileges and appurtenances to the same belonging, situate in the Calvert County, State of Maryland, and described as follows, to wit:

**Being Known and Designated as Lot Numbered Nine-R (9R), in a subdivision known as "Westfield Station" as per Revised Plat One thereof recorded among the plat records of Calvert County at Book 759, Page 003.**

**AND**

**That area designated "open space," as shown on "Plat TWO WESTFIELD STATION", as recorded among the plat records of Calvert County in Liber ABE 3 folio 151, containing 12.79 acres more or less.**

**The improvements thereon being known as 1071 Westfield Drive, Prince Frederick, MD 20678.**

**Being the same property as conveyed by Deed recorded among the said Land Records in Liber  5942 at folio 117.**

**Parcel ID#:   02-071223 and 02-071290**
Title Insurer:   DOMA Title

Together with the buildings and improvements thereon erected, made or being; and all and every, the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging, or in anywise appertaining.

To have and to hold the said tract of ground and premises above described and mentioned, and hereby intended to be conveyed, together with the rights, privileges, appurtenances and advantages thereto belonging or appertaining unto and to the proper use and benefit of the said party of the second part, its successors and assigns.

And the said parties of the first part covenant that they will warrant specially the property hereby conveyed and that they will execute such further assurances of said land as may be requisite.

WITNESS the hands and seals of the parties of the first part the day and year hereinbefore written.

*William Reid Houck* _____(SEAL)
**William Reid Houck**

*Vanessa Sandra Houck* _____(SEAL)
**Vanessa Sandra Houck**

STATE OF Florida       )
                       )SS:
COUNTY OF Pinellas     )

I HEREBY CERTIFY, that on this 26th  June, 2024, before me, a Notary Public of said State in and for the said county, personally appeared in my jurisdiction,
**William Reid Houck and Vanessa Sandra Houck,**
who is/are well known to me as the person(s) who executed the foregoing document, and who acknowledged the same to be his/her/their act and deed.

WITNESS my hand and Notarial Seal.

*Scott Berman*

My Commission expires: 04/06/2028

I CERTIFY that the within instrument was prepared by or under the supervision of Michael E Gross, an attorney admitted to practice before the Court of Appeals of Maryland.

*Michael E Gross*

Michael E. Gross

RETURN TO:
ATG Title, Inc.
11320 Random Hills Road #120
Fairfax, Virginia 22030



SCOTT BERMAN
Notary Public - State of Florida
Commission # HH 494662
Expires on April 6, 2028

Notarized remotely online using communication technology via Proof.

This is to Certify that the Taxes on Property Description within have been paid
KH 07/02/2024
Calvert County Treasurer

CALVERT COUNTY GOVERNMENT
WATER & SEWER DUE PAID
BY: KH DATE: 07/02/2024

CALVERT COUNTY CIRCUIT COURT (Land Records) KPS 6589, p. 0255, MSA_CE4_6712. Date available 07/08/2024. Printed 08/08/2024.

BOOK: 6589 PAGE: 256

| MARYLAND FORM **WH-AR** | Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence | **2024** |

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

**1. Transferor Information**

Name of Transferor William Reid Houck

**2. Description of Property** (Street address. If no address is available, include county, district, subdistrict and lot numbers).

1071 Westfield Drive, Prince Frederick, MD 20678

**3. Reasons for Exemption**

**Resident Status** ☐ As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

☐ Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

**Principal Residence** ☑ Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.

**3a. Individual Transferors**

_[signature]_
Witness

William Reid Houck    06/26/2024
Name                   **Date

_William Reid Houck_
Signature

**3b. Entity Transferors**

Witness/Attest

Name of Entity

By

Name                   **Date

Title

** Form must be dated to be valid.

**Note:** Form is only valid if it was executed on the date the Property was transferred and is properly recorded with the Clerk of the Court.

**To the Clerk of the Court:** Only an un-altered Form WH-AR should be considered a valid certification for purposes of Section 10-912.

01/22

CALVERT COUNTY CIRCUIT COURT (Land Records) KPS 6589, p. 0256, MSA_CE4_6712. Date available 07/08/2024. Printed 08/08/2024.

| MARYLAND FORM **WH-AR** | Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence | **2024** |

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

**1. Transferor Information**

Name of Transferor  Vanessa Sandra Houck

**2. Description of Property** (Street address. If no address is available, include county, district, subdistrict and lot numbers).

1071 Westfield Drive, Prince Frederick, MD 20678

**3. Reasons for Exemption**

**Resident Status**  ☐ As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

☐ Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

**Principal Residence**  ☑ Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

**Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.**

**3a. Individual Transferors**

_[signature]_
Witness

Vanessa Sandra Houck    06/26/2024
Name                    **Date
_Vanessa Sandra Houck_
Signature

**3b. Entity Transferors**

Witness/Attest

Name of Entity

By

Name    **Date

Title

** Form must be dated to be valid.

**Note:** Form is only valid if it was executed on the date the Property was transferred and is properly recorded with the Clerk of the Court.

**To the Clerk of the Court:** Only an un-altered Form WH-AR should be considered a valid certification for purposes of Section 10-912.

01/22

CALVERT COUNTY CIRCUIT COURT (Land Records) KPS 6589, p. 0257, MSA_CE4_6712. Date available 07/08/2024. Printed 08/08/2024.

# State of Maryland Land Instrument Intake Sheet

☐ Baltimore City   ☒ County: Calvert

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
**(Type or Print in Black Ink Only – All Copies Must Be Legible)**

| 1 | Type(s) of Instruments | ( ☐ Check Box if addendum Intake Form is Attached.) | | | |
|---|---|---|---|---|---|
| | | ☒ Deed | ☐ Mortgage | ☐ Other _____ | ☐ Other _____ |
| | | ☐ Deed of Trust | ☐ Lease | | |

| 2 | Conveyance Type Check Box | ☒ Improved Sale Arms-Length *[1]* | ☐ Unimproved Sale Arms-Length *[2]* | ☐ Multiple Accounts Arms-Length *[3]* | ☐ Not an Arms-Length Sale *[9]* |
|---|---|---|---|---|---|

| 3 | Tax Exemptions (if applicable) Cite or Explain Authority | Recordation | |
|---|---|---|---|
| | | State Transfer | |
| | | County Transfer | |

| 4 | Consideration and Tax Calculations | Consideration Amount | | Finance Office Use Only Transfer and Recordation Tax Consideration | |
|---|---|---|---|---|---|
| | | Purchase Price/Consideration | $ 825,000.00 | Transfer Tax Consideration | $ |
| | | Any New Mortgage | $ | X ( ) % = | $ |
| | | Balance of Existing Mortgage | $ | Less Exemption Amount - | $ |
| | | Other: | $ | Total Transfer Tax = | $ |
| | | Other: | $ | Recordation Tax Consideration | $ |
| | | | | X ( ) per $500 = | $ |
| | | Full Cash Value: | $ | TOTAL DUE | $ |

| 5 | Fees | Amount of Fees | Doc. 1 | Doc. 2 | |
|---|---|---|---|---|---|
| | | Recording Charge | $ 60 | $ | Agent: |
| | | Surcharge | $ | $ | Tax Bill: |
| | | State Recordation Tax | $ 8,250.00 | $ | |
| | | State Transfer Tax | $ 4,125.00 | $ | C.B. Credit: |
| | | County Transfer Tax | $ | $ | |
| | | Other | $ | $ | Ag. Tax/Other: |
| | | Other | $ | $ | |

| 6 | Description of Property SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i). | District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|---|---|
| | | 02 | 071223 | 5942 , 117 | | | ☐ (5) |
| | | Subdivision Name | | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
| | | | | 9r | | | | |

Location/Address of Property Being Conveyed (2)
1071 Westfield Drive, Prince Frederick, MD 20678

| Other Property Identifiers (if applicable) | Water Meter Account No. |
|---|---|
| | |

Residential ☒ Or Non-Residential ☐   Fee Simple ☒ or Ground Rent ☐   Amount: $_____
Partial Conveyance ☐ Yes ☒ No   Description/Amt. of SqFt/Acreage Transferred:
If Partial Conveyance, List Improvements

| 7 | Transferred From | Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|---|---|
| | | William Reid Houck and Vanessa Sandra Houck | |
| | | Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 Owner(s) of Record, if Different from Grantor(s) |
| | | | |

| 8 | Transferred To | Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|---|---|
| | | BPC Realty Management, LLC | |

New Owner's (Grantee) Mailing Address
2020 Beaver Road, Landover, MD 20785

| 9 | Other Names to Be Indexed | Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|---|---|
| | | | |

| 10 | Contact/Mail Information | Instrument Submitted By or Contact Person | | ☒ Return to Contact Person |
|---|---|---|---|---|
| | | Name: Dania Yunker | | |
| | | Firm   ATG Title, Inc | | ☐ Hold for Pickup |
| | | Address: 11320 Random Hills Road, Suite 120 | | |
| | | Fairfax, VA 22030 | Phone:   (703) 934-2100 | ☐ Return Address Provided |

| 11 | **IMPORTANT:** *BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER* |
|---|---|
| Assessment Information | ☐ Yes  ☒ No   Will the property being conveyed be the grantee's principal residence? |
| | ☐ Yes  ☒ No   Does the transfer include personal property? If yes, identify: _____ |
| | ☐ Yes  ☒ No   Was property surveyed? If Yes, attach copy of survey (if recorded, no copy required). |

**Assessment use only – Do Not Write Below This Line**

| Terminal Verification | Agricultural Verification | Whole | Part | Tran. Process Verification |
|---|---|---|---|---|
| Transfer Number | Date Received: | | Deed Reference: | Assigned Property No.: |

| Year | 20 | 20 | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|
| Land | | | Zoning | Grid | Plat | Lot |
| Buildings | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

*Distribution:   White – Clerk's Office        Canary – SDAT           AOC-CC-300(5/2007).*
*Pink – Office of Finance       Goldenrod – Preparer*

File No.: 1-24-38686

CALVERT COUNTY CIRCUIT COURT (Land Records) KPS 6589, p. 0258, MSA_CE4_6712. Date available 07/08/2024. Printed 08/08/2024.